DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

HILLIARD v. CABINET CO.

No. 112 PC.

Now No. 8 PA 82.

Case below: 54 N.C. App. 173.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 12 January 1982.

HYDER v. WEILBAECHER

No. 133 PC.

Case below: 54 N.C. App. 287.

Petition by defendant for discretionary review under G.S. 7A-31 denied 12 January 1982.

IN RE MOORE

No. 57 PC.

Now No. 5 PA 82.

Case below: 53 N.C. App. 808.

Petition by Moore for discretionary review under G.S. 7A-31 allowed 12 January 1982.

IN RE TRULOVE

No. 113 PC.

Case below: 54 N.C. App. 218.

Petition by Board for discretionary review under G.S. 7A-31 denied 12 January 1982.

IN RE WHARTON

No. 124 PC.

Now No. 9 PA 82.

Case below: 54 N.C. App. 447.

Petition by Guilford County for discretionary review under G.S. 7A-31 allowed 12 January 1982.